UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-294 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| BRYAN JOHN CASKEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>:    Escape

<u>Date of Detention Hearing</u>:    Initial Appearance, June 24, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant is charged by Indictment in the District of Oregon, Case No. CR01-49KI, with Escape under Title 18, U.S.C., Section 751(a). He is alleged to have escaped from the

Federal Prison Camp in Sheridan, Oregon after commitment to United States Bureau of Prisons pursuant to a Judgment and Sentence entered in CR97-5448FDB, in the Western District of Washington.

  (2) Defendant has waived an identity hearing and an Order of Transfer has been signed. Defendant does not contest detention.

  (3) Due to the nature of the charges, as well as past criminal history, defendant poses a risk of nonappearance and a risk of danger to the community.

  (4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

  (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

  (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

  (3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

  (4) The clerk shall direct copies of this Order to counsel for the United States, to

01        counsel for the defendant, to the United States Marshal, and to the United States

02        Pretrial Services Officer.

03    DATED this <u>24th</u> day of June, 2008.

                                          _____
                                          Mary Alice Theiler
                                          United States Magistrate Judge

DETENTION ORDER                                                       15.13
18 U.S.C. § 3142(i)                                                Rev. 1/91
PAGE 3